**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01040-SKC

RAMEZ BOLAS,

        Petitioner,

v.

SECRETARY OF DHS KRISTI NOEM, Secretary of the United States Department of
Homeland Security;
PAM BONDI, United States Attorney General;
TODD LYONS, Director of United States Immigration and Customs Enforcement;
KELEI WALKER, Field Office Director for Detention and Removal, U.S. Immigration and
Customs Enforcement, Department of Homeland Security;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT;

        Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to

Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (ECF No. 10) entered by U.S. District Judge S. Kato Crews, it

is

ORDERED that judgment is entered in favor of Respondents and against Petitioner.

It is

FURTHER ORDERED that this case is dismissed without prejudice for lack of

jurisdiction.

DATED at Denver, Colorado, this 2nd day of April, 2026.

                          FOR THE COURT:

                          Jeffrey P. Colwell, Clerk

                          By:  s/C. Pearson, Deputy Clerk